182 F.2d 1020
 UNITED STATES ex rel. Ellen KNAUFF, Relator-Appellant,
v.
J. Howard McGRATH, Atty. Gen., and Edward J. Shaughnessy, as
District Director of the Immigration & Naturalization
Service of the New York District, and to whomsoever may have
the custody of the body of Ellen Knauff, Respondents-Appellee.
 No. 241, Docket 21683.
 United States Court of Appeals Second Circuit.
 Argued May 9, 1950.
Decided May 16, 1950.
 
 Gunther Jacobson, New York City, for relator-appellant.
 Irving H. Saypol, New York City (Myles J. Lane and William J. Sexton, New York City of counsel; Louis Steinberg and Lester Friedman, Immigration and Naturalization, New York City, Service), for respondents-appellees.
 Before SWAN, AUGUSTUS N. HAND and CHASE, Circuit Judges.
 PER CURIAM.
 
 Order affirmed on opinion below.[1]
 
 
 [1]
 No opinion for publication